THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK J. McCARTHY, Appellant, *v.* JOHN L. SHEA, Commissioner of Bridges of the City of New York, et al., Respondents.

164 573
Case 1
78 AD 375
78 AD 376

*People ex rel. McCarthy* v. *Shea,* 51 App. Div. 227, affirmed.
(Argued October 2, 1900; decided October 16, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 1, 1900, affirming a final order of Special Term dismissing an alternative writ of mandamus and denying a motion for a peremptory writ of mandamus commanding the defendants to reinstate the relator in the position of conductor on the New York and Brooklyn bridge.

*Samuel H. Ordway* for appellant.

*John Whalen, Corporation Counsel* (*William J. Carr* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.

---

In the Matter of the Estate of ISAAC E. HOAGLAND, Deceased. HENRY P. ROBINSON, as Executor, etc., Appellant; ELIZABETH M. HOAGLAND et al., Respondents.

*Matter of Hoagland,* 51 App. Div. 347, affirmed.
(Argued October 2, 1900; decided October 16, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made May 29, 1900, affirming an order of the Surrogate's Court of Kings county, made under section 2602 of the Code of Civil Procedure, requiring the appellant herein to deposit certain moneys of the estate, then held by him, to the joint credit of the executors of Isaac E. Hoagland, deceased.

*Alexander Thain* for appellant.

*J. Woolsey Shepard* and *Charles W. Dayton* for respondents.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.